# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-296 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jamie Allan Greene, Sr., | |
| Defendant. | |

Dedre Y. Aanstad, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. [29]) is **DENIED**.

Dated: November 14, 2011
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge